1  BART M. BOTTA, State Bar No. 167051
2  MARION I. QUESENBERY, State Bar No. 072308
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
4  Telephone: (949) 752-2911
5  bart@rjlaw.com

   E-filing

6  Attorneys for Plaintiff
7  BROERS FARMS, INC.

8             IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION

12  BROERS FARMS, INC., a Washington    CASE NO. 07  2865
    corporation,
13
14              Plaintiff,              CERTIFICATION OF INTERSTED
                                        PERSONS OR ENTITIES
15
16       v.                             [ Local Rule 3-16]
17
18  HOWLER PRODUCTS, a California
    corporation; CIAO BELLA GELATO CO.,
19  INC., a New Jersey Corporation;
    DOUGLAS IAN STEWART, an individual,
20
21              Defendants.

22
23       TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL OTHER
24  PARTIES IN INTEREST:
25       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
26  persons, associations of persons, firms, partnerships, corporations (including parent
27  corporations) or other entities (i) have a financial interest in the subject matter in
28  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

03-285/ CertificateInterestedParties.doc        1

subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| | |
|---|---|
| 1. BROERS FARMS, INC., a Washington corporation | Plaintiff seeking recovery of at least $15,070.50 plus finance charges and attorney fees against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Unjust Enrichment; and Constructive Trust. |
| 2. HOWLER PRODUCTS, a California corporation. | Corporate Defendant against whom Plaintiffs seek recovery in the cumulative amount of at least $15,070.50 plus finance charges and attorney fees. |
| 3. CIAO BELLA GELATO CO., INC., a New Jersey Corporation | Corporate Defendant against whom Plaintiffs seek recovery in the cumulative amount of at least $15,070.50 plus finance charges and attorney fees. |
| 4. DOUGLAS IAN STEWART, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiffs seek recovery in the cumulative amount of at least $15,070.50 plus finance charges and attorney fees. |

DATED: May 31, 2007          By: RYNN & JANOWSKY, LLP

BART M. BOTTA, Attorneys for
BROERS FARMS, INC.