BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiff
BROERS FARMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual,<br><br>Defendants. | CASE NO. C-07-02865-PJH<br><br>**MOTION TO CONTINUE RULE 26 REPORT DEADLINE AND INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff BROERS FARMS, INC. ("Broers"), by and through its undersigned counsel of record, respectfully moves this Honorable Court for a continuance of the dates set forth in the Court's "Order Setting Initial Case Management Conference and ADR Deadlines," and in support thereof states as follows:

1.  On June 1, 2007, the Complaint in this case was filed;

2. Due to an oversight concerning the process server, the Summons, Complaint, and related initial lawsuit documents have not yet been served on Defendants;

3. The Order Setting Initial Case Management Conference and ADR Dates sets the deadline to file the Rule 26(f) Report as August 30, 2007 and sets the Initial Case Management Conference (CMC) for September 6, 2007;

4. Since Defendants have not yet been served with the summons, complaint, and related lawsuit documents, Plaintiff respectfully requests that the Court re-issue its Order Setting Initial Case Management Conference and ADR Dates continuing all dates approximately 60-days. Once the new Order is issued, all Defendants will be served with all documents;

5. Plaintiff believes that continuing the initial case schedule dates approximately 60 days will allow service to be completed, and would allow the CMC to go forward with all parties participating, which would be the most efficient use of this Court's time and resources;

6. Plaintiff has not requested any previous extensions of time for any of these dates, and Plaintiff believes that the reasons listed herein support good cause for granting the request to continue these dates;

7. The undersigned counsel hereby certifies that this request is not interposed for purposes of delay.

For these reasons, the Plaintiff respectfully requests this Honorable Court to re-issue its Order Setting Initial Case Management Conference and ADR Dates continuing all dates approximately 60-days as set forth above.

DATED: August 28, 2007        RYNN & JANOWSKY, LLP

By:   /s/
BART M. BOTTA, Attorneys for Plaintiff