1  BART M. BOTTA, State Bar No. 167051
2  MARION I. QUESENBERY, State Bar No. 072308
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
4  Telephone: (949) 752-2911
5  bart@rjlaw.com

6  Attorneys for Plaintiff
   BROERS FARMS, INC.
7

8

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 | BROERS FARMS, INC., a Washington | CASE NO.  C-07-02865-PJH
   | corporation,
13 |
   |                                  | **[PROPOSED] ORDER SETTING**
14 |                  Plaintiff,       | **RULE 26 REPORT DEADLINE AND**
   |                                  | **INITIAL CASE MANAGEMENT**
15 |     v.                           | **CONFERENCE**
16 |
   | HOWLER  PRODUCTS, a California
17 | corporation; CIAO  BELLA  GELATO
   | CO., INC., a New Jersey Corporation;
18 | DOUGLAS    IAN    STEWART,    an
   | individual,
19 |
20 |                  Defendants.
21

22

23        IT IS HEREBY ORDERED that this action is action is assigned to the Honorable

24 Phyllis J. Hamilton.  When serving the complaint or notice of removal, the plaintiff or

25 removing defendant must serve on all other parties a copy of this order, the handbook

26 entitled "Dispute Resolution Procedures in the Northern District of California" and all

27 other documents specified in Civil Local Rule 4-2.  Counsel must comply with the case

28 schedule listed below unless the Court otherwise orders.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

2 Resolution (ADR) Multi-Option Program governed by ADR local Rule 3.  Counsel and

3 clients shall familiarize themselves with that rule and with the handbook entitled

4 "Dispute Resolution Procedures in the Northern District of California."

5                        **CASE SCHEDULE – ADR MUTI-OPTION PROGRAM**

| Previous Date | Proposed New Date | Event | Governing Rule |
|---|---|---|---|
| | | | |
| 6/1/07 | | Complaint filed | FRCivP 26(f) & ADR L.R. 3-5 |
| | | | |
| 8/16/07 | 11/1/07 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file Joint ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| | | | |
| 8/30/07 | 11/15/07 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R. 16-9 |
| | | | |
| 9/6/07 | 11/_/07 (to be set by court) | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 3 17th Flr at 2:30 PM | Civil L.R. 16-10 |

25 / / /

26 / / /

27 / / /

03-285/ proposed order to Motion to Continue.doc          2

1

**<u>ORDER</u>**

2

3

Based upon the review of the foregoing Stipulation, the record of this case, and

good cause appearing, it is therefore ORDERED, ADJUDGED AND DECREED that:

4

5

1.    The Order Setting Initial Case Management Conference and ADR Dates

continuing all dates is reissued with the following dates:

6

7

2.    The last day to meet and confer regarding initial disclosures, early

settlement, ADR process selection, and discovery plan file Joint ADR Certification and

8

Stipulation to ADR Process or Notice of Need for ADR Phone Conference is set for

9

November 1, 2007.

10

3.    The last day to file Rule 26(f) Report, complete initial disclosures or state

11

objection in Rule 26(f) Report and file Case Management Statement is set for November

12

15, 2007.

13

4.    The initial Case Management Case Conference is set for November _,

14

2007, at 2:30 p.m.

15

16

IT IS SO ORDERED.

17

18

Dated: _____

19

20

_____

21

HON. PHYLLIS J. HAMILTON
U.S. DISTRICT COURT

22

23

24

25

26

27

28

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953