UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROERS FARMS INC.,

    Plaintiff(s),                                No. C 07-2865 PJH

    v.                                          **CLERK'S NOTICE**

HOWLER PRODUCTS, et al.,

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **November 8, 2007** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** September 6, 2007, in this matter.   A joint case management conference statement shall be filed by November 1, 2007.

                                              Richard W. Wieking
                                              Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: August 31, 2007