New Jersey Lawyers Service
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB_NUM:   47349

PLAINTIFF

BROERS FARMS VS. HOWLER PRODUCTS, ET AL

DEFENDANT



4100 Newport Place Drive, Suite 700
Newport Beach, California 92660
Telephone 949.752.2911

U.S. DISTRICT COURT OF CA
NORTHERN DISTRICT OF CA
DOCKET: 07-CV-02865 PJH

AFFIDAVIT OF SERVICE

Papers Served: SUMMONS AND COMPLAINT

Person to be served: CIAO BELLA GELATO, CO. INC.
A NEW JERSEY CORPORATION 231 40TH STREET
IRVINGTON NJ 07111

Served Successfully ☑   Not Served ☐   Date 9/17/2007   Time 10:35 AM

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

_X_ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Name of Person Served and relationship/title:
Address Served:

CRISTINA PONCE
AUTHORIZED AGENT

Description of Person Accepting Service:

Sex: F        Age: 35+        Weight: 150        Skin Color: MEDIUM        Hair Color: BLACK

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
25 day of Sep 2007

MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
Notary Signature  My Commission Exp. June 5, 2012

I ___LARRY SABLE___, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server

ORIGINAL

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

BROERS FARMS, INC., a Washington corporation

V.

HOWLER PRODUCTS, a California corporation;
CIAO BELLA GELATO CO., INC., a New Jersey
Corporation; DOUGLAS IAN STEWART,
an individual

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: PJH

C 07 - 2865

TO: (Name and address of defendant)

HOWLER PRODUCTS, a California corporation
2211 Quesada Avenue
San Francisco, CA 94124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BART M. BOTTA
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

JUN 1 2007

DATE _____