# PROOF OF SERVICE

I am a citizen of the United states and employed in Mendocino County; I am over the age of eighteen years, A Registered Process Server, and not a party to the within action; my business address is 461 North School Street Ukiah, California 95482; on this date I served the within:

**Summons; Complaint; Civil Cover Sheet; Certification as to Interested Persons or Entities; Order Setting Initial Case Management Conference and ADR Deadline; Motion to Continue Rule 26 Report Deadline and Initial Case Management Conference; Prposed Order Setting Rule 26 Report Deadline and Initial Case Management Conference; Clerk's Notice; Welcome to the US District Court San Francisco Handout; U.S. District Court Northern California ECF Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction.**

In The United States District Court For The Northern District Of California San Francisco Division.

Case No. C07-2865

BROERS FARMS, Inc. Vs. Howler Products; CIAO BELLA GELATO CO. INC., DOUDLAS IAN STEWART.

_____ By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Ukiah, California 95482 addressed as set forth below.

_____ **By personally delivering a true copy thereof to:**

xxxxx **By Substitute Service on: Howler Products, A California Corporation (Melissa Coronado, Assistant Wine Maker accepted Service)**
A true copy was then mailed First Class on: 10-03-2007 From Ukiah, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed the 03 day of October 2007. At Ukiah, California 95482
At: 11:43 am.

Fee for Service: $25.00

Addressed To: Rynn & Janowsky, LLP
4100 Newport Place Dr. Ste-700
Newport Beach, Ca. 92660

THE SPECIALISTS MC-41 Registered
Robert L. Snediker
461 North School Street
Ukiah, California 95482
707-462-4548

**ORIGINAL**

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

BROERS FARMS, INC., a Washington corporation

V.

HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual

TO: (Name and address of defendant)

HOWLER PRODUCTS, a California corporation
2211 Quesada Avenue
San Francisco, CA 94124

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  PJH

C 07 - 2865

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BART M. BOTTA
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

JUN 1 2007

DATE