BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiff
BROERS FARMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual,<br><br>            Defendants. | CASE NO. C07-02865-PJH<br><br>**CERTIFICATE OF SERVICE** |
| CIAO BELLA GELATO CO., INC., a New Jersey corporation,<br>            Cross-Claimant,<br>    v.<br><br>HOWLER PRODUCTS, INC., a California corporation; and DOUGLAS IAN STEWART, an individual,<br>            Cross-Defendants. | |

I hereby certify that on November 1, 2007, I electronically filed the following:

1. Joint Case Management Statement

with the Clerk of the Court, using CM/ECF which will send notification of such filing to the following:

      John Robbins Capron    capron@pacbell.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| Howler Products, Inc. | Douglas Ian Stewart |
|---|---|
| 11001 Highway 128 | 11001 Highway 128 |
| Boonville, CA 95415-9118 | Boonville, CA 95415-9118 |

Date: November 1, 2007        RYNN & JANOWSKY, LLP

        By:   /s/ Bart M. Botta
               Bart M. Botta
               Attorneys for Plaintiff Broers Farms, Inc.