UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROERS FARMS INC.,

        Plaintiff(s),                      No. C 07-2865 PJH

    v.                                 **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

HOWLER PRODUCTS, et al.,

        Defendant(s).
_____/

    Pursuant to Local Rule 72-1 and the consent of the parties, as indicated in the joint case management statement, this matter is referred for random assignment of a Magistrate Judge for all purposes including trial and entry of judgment.

    The case management conference scheduled for November 8, 2007, on the calendar of the undersigned judge, is VACATED. The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: November 2, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J