**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

**November 5, 2007**

**CASE NUMBER:  CV 07-02865 PJH**
**CASE TITLE:  BROERS FARMS INC-v-HOWLER PRODUCTS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Elizabeth D. Laporte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/5/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking, Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 11/5/07ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA