UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BROERS FARMS, INC.

                Plaintiff(s),

Case No. 07-cv-02865-PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        v.

HOWLER PRODUCTS et al

                Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11-2-07

[Party]
Ginnifer Broers,
Broers Farms, Inc.

Dated: 11-14-07

[Counsel]
Bart M. Botta,
Rynn & Janowsky, LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05