BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiff BROERS FARMS, INC.

JOHN R. CAPRON, State Bar No. 141971
LAW OFFICES OF JOHN R. CAPRON
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 693-9901
capron@pacbell.net

Attorneys for Defendant CIAO BELLA GELATO CO., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation,<br><br>      Plaintiff,<br><br> v.<br><br>HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual,<br><br>      Defendants. | CASE NO. C-07-02865-EDL<br><br>**JOINT STIPULATION REQUESTING THE COURT TO ALLOW TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE**<br><br>DATE: November 27, 2007<br>TIME: 10:00 a.m.<br>COURTROOM: E |
| CIAO BELLA GELATO CO., INC., a New Jersey corporation,<br>      Cross-Claimant,<br>v.<br><br>HOWLER PRODUCTS, INC., a California corporation; and DOUGLAS IAN STEWART, an individual,<br>      Cross-Defendants. | |

JOINT REQUEST FOR TELEPHONIC
APPEARANCE– C-07-02865-PJH   1

Plaintiff BROERS FARMS, INC. ("Broers") and Defendants and Cross-Claimant CIAO BELLA GELATO CO., INC. ("Ciao"), by and through their counsel of record, hereby stipulate as follows:

(i) WHEREAS, a Case Management Conference is set for November 27, 2007, at 10:00 a.m. in Courtroom E.

(ii) WHEREAS, the parties are discussing the possibility of settlement and based on this fact and the fact that the amount at issue is relatively small, the parties wish to conserve fees and expenses.

(iii) WHEREAS, the parties believe that appearing at the Case Management Conference by telephone will help keep costs at a minimum and will not prejudice any party.

(iv) Consequently, the parties hereby agree and stipulate, and respectfully request that the Court order for good cause shown the parties be permitted to appear at the Case Management Conference by telephonic appearance.

IT IS SO STIPULATED.

Date: November 16, 2007          RYNN & JANOWSKY, LLP

                                 By:   /s/ Bart M. Botta
                                       Bart M. Botta
                                       Attorneys for Plaintiff Broers Farms, Inc.

Date: November 16, 2007          LAW OFFICES OF JOHN R. CAPRON

                                 By:   /s/ John R. Capron
                                       John R. Capron
                                       Attorneys for Defendant Ciao Bella
                                       Gelato Co. Inc.

JOINT REQUEST FOR TELEPHONIC
APPEARANCE– C-07-02865-PJH          2