BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiff BROERS FARMS, INC.

JOHN R. CAPRON, State Bar No. 141971
LAW OFFICES OF JOHN R. CAPRON
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone:  (415) 693-9901
capron@pacbell.net

Attorneys for Defendant CIAO BELLA GELATO CO., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual,<br><br>                    Defendants. | CASE NO. C-07-02865-EDL<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING THE COURT TO ALLOW TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE**<br><br>DATE: November 27, 2007<br>TIME: 10:00 a.m.<br>COURTROOM: E |
| CIAO BELLA GELATO CO., INC., a New Jersey corporation,<br>                    Cross-Claimant,<br>   v.<br><br>HOWLER PRODUCTS, INC., a California corporation; and DOUGLAS IAN STEWART, an individual,<br>                    Cross-Defendants. | |

[PROPOSED] ORDER FOR JOINT REQUEST FOR TELEPHONIC APPEARANCE– C-07-02865-PJH            1

The Court, having considered the Joint Stipulation Requesting the Court to Allow Telephonic Appearances at Case Management Conference scheduled for November 27, 2007, at 10:00 a.m. in Courtroom E, submitted by Bart M. Botta and John. R. Capron, ORDERS this stipulation be:

___    Granted -    IT IS ORDERED, that counsel for Plaintiff, Bart M. Botta, and counsel for Defendant, John R. Capron, may appear by telephone at the hearing schedule for November 27, 2007, at 10:00 a.m. in Courtroom E. Instructions for the call in procedure are as follows:

_____

_____

_____

_____

Dated:                                    _____
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

[PROPOSED] ORDER FOR JOINT REQUEST FOR TELEPHONIC APPEARANCE– C-07-02865-PJH    2