BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiff
BROERS FARMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual,<br><br>                    Defendants. | CASE NO. C07-02865-PJH<br><br>**CERTIFICATE OF SERVICE** |
| CIAO BELLA GELATO CO., INC., a New Jersey corporation,<br>                    Cross-Claimant,<br>v.<br><br>HOWLER PRODUCTS, INC., a California corporation; and DOUGLAS IAN STEWART, an individual,<br>                    Cross-Defendants. | |

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

I hereby certify that on November 16, 2007, I electronically filed the following:

1.      Joint Stipulation Requesting the Court to Allow Telephonic Appearances at Case Management Conference

2.      Proposed Order Granting Joint Stipulation Requesting the Court to Allow Telephonic Appearances at Case Management Conference

with the Clerk of the Court, using CM/ECF which will send notification of such filing to the following:

John Robbins Capron     capron@pacbell.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Howler Products, Inc.                    Douglas Ian Stewart

11001 Highway 128                      11001 Highway 128

Boonville, CA 95415-9118               Boonville, CA 95415-9118


Date:  November 16, 2007              RYNN & JANOWSKY, LLP


                              By:    /s/ Bart M. Botta
                                     Bart M. Botta
                                     Attorneys for Plaintiff Broers Farms, Inc.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953