**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   November 27, 2007

Case No:  **C-07-02865 EDL**

Case Name:  **BROERS FARMS INC v. HOWLER PRODUCTS, et al**

    Attorneys:     Pltf: Bart Botta     Deft: John Capron

    Deputy Clerk:  Lili M. Harrell     FTR Digital Recorder: 10:49am - 10:54am


**PROCEEDINGS:**
    Telephonic Case Management Conference - Held

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   January 8, 2008 at 3:00pm for further case management conference. Parties may appear telephonically.


**Notes:**  Plaintiff informs the Court of impending settlement with Defendant Douglas Stewart. Defendant Howler Products to be dismissed.


cc: