1  stipulation. Said persons also represent that additional steps necessary to bind the
2  corporation shall be promptly taken if necessary.
3      18. The parties agree that the U.S. District Court for the Northern District of
4  California shall nevertheless retain exclusive jurisdiction over the parties and subject
5  matter herein to reinstate said action in order to enforce or interpret the provisions of this
6  Stipulation and/or to enter judgment in the event Defendant Stewart defaults under the
7  terms of this Stipulation.

9  IT IS SO STIPULATED:

11 DATED: December 16, 2007    DOUGLAS IAN STEWART

13                   By: _____
                          DOUGLAS IAN STEWART, Individually

15 DATED: December ___, 2007    BROERS FARMS, INC.

17                   By: _____
18                          Name: _____
                         Title: _____

20 DATED: December ___, 2007    CIAO BELLA GELATO CO., INC.

22                   By: _____
23                          Name: _____
                         Title: _____

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1  stipulation. Said persons also represent that additional steps necessary to bind the
2  corporation shall be promptly taken if necessary.
3       18.    The parties agree that the U.S. District Court for the Northern District of
4  California shall nevertheless retain exclusive jurisdiction over the parties and subject
5  matter herein to reinstate said action in order to enforce or interpret the provisions of this
6  Stipulation and/or to enter judgment in the event Defendant Stewart defaults under the
7  terms of this Stipulation.

IT IS SO STIPULATED:

DATED:    December ____, 2007          DOUGLAS IAN STEWART

                                By: _____
                                    DOUGLAS IAN STEWART, Individually

DATED:    December 18, 2007            BROERS FARMS, INC.

                                By: _____
                                    Name: EDWARD BROERS
                                    Title: PRESIDENT

DATED:    December ____, 2007          CIAO BELLA GELATO CO., INC.

                                By: _____
                                    Name: _____
                                    Title: _____

1  stipulation. Said persons also represent that additional steps necessary to bind the
2  corporation shall be promptly taken if necessary.

3      18.    The parties agree that the U.S. District Court for the Northern District of
4  California shall nevertheless retain exclusive jurisdiction over the parties and subject
5  matter herein to reinstate said action in order to enforce or interpret the provisions of this
6  Stipulation and/or to enter judgment in the event Defendant Stewart defaults under the
7  terms of this Stipulation.

9  IT IS SO STIPULATED:

11  DATED:     December ____, 2007       DOUGLAS IAN STEWART

13                              By: _____
14                                   DOUGLAS IAN STEWART, Individually

15  DATED:     December ____, 2007       BROERS FARMS, INC.

17                              By: _____
18                                   Name: _____
                                     Title: _____

20  DATED:     December 18, 2007         CIAO BELLA GELATO CO., INC.

22                              By: _____
23                                   Name: Frederick W Pearce
                                     Title: CEO

STIPULATION – C-07-02865-EDL          6

**[SIGNATURES CONTINUED]**

Approved as to form and content.

DATED:    December 17, 2007        RYNN & JANOWSKY, LLP

                                   By: _____
                                   BART M. BOTTA, Attorneys for BROERS
                                   FARMS, INC.

DATED:    December ___, 2007       LAW OFFICE OF JOHN R. CAPRON

                                   By: _____
                                   JOHN R. CAPRON, Attorneys for CIAO
                                   BELLA GELATO CO., INC.

STIPULATION – C-07-02865-EDL       7

[SIGNATURES CONTINUED]

Approved as to form and content.

DATED: December ___, 2007        RYNN & JANOWSKY, LLP

                                 By: _____
                                 BART M. BOTTA, Attorneys for BROERS FARMS, INC.

DATED: December 18, 2007         LAW OFFICE OF JOHN R. CAPRON

                                 By: _____
                                 JOHN R. CAPRON, Attorneys for CIAO BELLA GELATO CO., INC.

STIPULATION – C-07-02865-EDL    7