BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiff
BROERS FARMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation, | CASE NO. C07-02865-PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual, | |
| Defendants. | |
| CIAO BELLA GELATO CO., INC., a New Jersey corporation, | |
| Cross-Claimant, | |
| v. | |
| HOWLER PRODUCTS, INC., a California corporation; and DOUGLAS IAN STEWART, an individual, | |
| Cross-Defendants. | |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

I hereby certify that on December 19, 2007, I electronically filed the following:

1. **STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DOUGLAS IAN STEWART; [PROPOSED] ORDER THEREON**

with the Clerk of the Court, using CM/ECF which will send notification of such filing to the following:

John Robbins Capron    capron@pacbell.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Howler Products, Inc. | Douglas Ian Stewart |
| 11001 Highway 128 | 11001 Highway 128 |
| Boonville, CA 95415-9118 | Boonville, CA 95415-9118 |

Date:  December 19, 2007        RYNN & JANOWSKY, LLP

By:    /s/ Bart M. Botta
       Bart M. Botta
       Attorneys for Plaintiff Broers Farms, Inc.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953