BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiff
BROERS FARMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual,<br><br>                    Defendants. | CASE NO. C07-02865-PJH<br><br>**CERTIFICATE OF SERVICE** |
| CIAO BELLA GELATO CO., INC., a New Jersey corporation,<br>                    Cross-Claimant,<br>   v.<br><br>HOWLER PRODUCTS, INC., a California corporation; and DOUGLAS IAN STEWART, an individual,<br>                    Cross-Defendants. | |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

I hereby certify that on January 4, 2008, I electronically filed the following:

1. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

with the Clerk of the Court, using CM/ECF which will send notification of such filing to the following:

    John Robbins Capron    capron@pacbell.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Howler Products, Inc. | Douglas Ian Stewart |
| 11001 Highway 128 | 11001 Highway 128 |
| Boonville, CA 95415-9118 | Boonville, CA 95415-9118 |

Date: January 4, 2008        RYNN & JANOWSKY, LLP

        By:  /s/ Bart M. Botta
            Bart M. Botta
            Attorneys for Plaintiff Broers Farms, Inc.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953